UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr 22-277 MJD/LIB |
| Plaintiff, | **INDICTMENT** |
| v. | 18 U.S.C. § 922(g)(3) |
| | 18 U.S.C. § 924(a)(8) |
| ETHAN MARK DANIELSON, | 18 U.S.C. § 924(d)(1) |
| | 26 U.S.C. § 5841 |
| Defendant. | 26 U.S.C. § 5845 |
| | 26 U.S.C. § 5861(d) |
| | 26 U.S.C. § 5871 |
| | 26 U.S.C. § 5872 |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Unlawful User of a Controlled Substance in Possession of a Firearm)

On or about August 19, 2022, in the State and District of Minnesota, the defendant,

**ETHAN MARK DANIELSON,**

being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, and knowing that he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Browning model 1911 .380 caliber semiautomatic pistol bearing serial number 51HZP02513, all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

SCANNED
NOV 0 3 2022
U.S. DISTRICT COURT ST. PAUL

## COUNT 2
(Possession of an Unregistered Short-Barreled Rifle)

On or about August 19, 2022, in the State and District of Minnesota, the defendant,

**ETHAN MARK DANIELSON,**

knowingly possessed a firearm, namely, a rifle or weapon made from a rifle having a barrel length of less than 16 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with such violations including, but not limited, to the Browning model 1911 .380 caliber semiautomatic pistol bearing serial number 51HZP02513 charged in Count 1 of the Indictment, together with ammunition, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If convicted of Count 2 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in any

violation of the National Firearms Act including, but not limited to, the rifle having a barrel length of less than 16 inches described in Count 2.

A TRUE BILL

_____          _____
**UNITED STATES ATTORNEY**                    **FOREPERSON**