# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES – CRIMINAL |
| | BEFORE:  Michael J. Davis |
| Plaintiff, | U.S. District Court – Minneapolis, MN |
| v. | |
| | Case No.:  22-CR-00299-MJD-LIB-1 |
| | Date:  May 14, 2024 |
| ETHAN MARK DANIELSON, | Court Reporter:  Lori Simpson |
| | Courtroom:  13E |
| Defendant. | Time Commenced:  11:14 a.m. |
| | Time Concluded:  12:10 a.m. |
| | Time in Court:  54 minutes |

**APPEARANCES:**

Plaintiff:   David P. Steinkamp, Assistant U.S. Attorney
Defendant:  Lynne A. Torgerson, RET

**PROCEEDINGS:**
☒ All sealed and restricted documents shall remain sealed or restricted unless otherwise ordered by the Court.
☒ Defendant's motion is granted.

☒ **Sentencing:**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count No. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 2 | X | One (1) Year and One (1) day | 3 years |

☒ Special conditions:  **See J&C for special conditions**.
   ☒ Special assessment in the amount of $100.00 to be paid.
   ☒ Count 1 of the Indictment is dismissed.
   ☒ Defendant is released on pretrial conditions.  Defendant shall voluntarily surrender to his place of confinement on 7/9/24 by noon. If a designation has not been determined by that date, the defendant shall surrender to the U.S. Marshal Services in Minneapolis, MN on 7/9/24 by 12:00 noon.

Date:  May 14, 2024                                                                                                        s/GRR
                                                                                            Courtroom Deputy to Judge Michael J. Davis